| | |
|---|---|
| **BIG O RELIEF, et al.,** | **1:17-cv-01566-LJO-BAM** |
| Plaintiffs, | **ORDER REMANDING CASE TO SUPERIOR COURT, COUNTY OF KERN** |
| v. | |
| **COUNTY OF KERN, et al.,** | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On March 8, 2018, the Court dismissed Plaintiffs' federal claims and deferred ruling on Defendants' motion to dismiss Plaintiffs' state-law claims until after Plaintiffs had exhausted their opportunity to amend their federal claims. ECF No. 16. In the Order, the Court granted Plaintiffs 20 days to file an Amended Complaint as to their federal claims only. The 20 days have elapsed, and Plaintiffs have not filed an Amended Complaint.

The deadline for amendment of the federal claims having expired, there are no remaining federal claims in this action. The Court declines to exercise supplemental jurisdiction over Plaintiffs' state-law claims, which do not appear to be subject to this Court's jurisdiction on any independent ground. *See*

1

| | |
|---|---|
| 1 | ECF No. 1 (Notice of Removal based on federal-question jurisdiction under 28 U.S.C. § 1331). |
| 2 | Accordingly, and pursuant to 28 U.S.C. § 1447, this case is **REMANDED** to the Superior Court of |
| 3 | California, County of Kern (Case No. BCV-17-102394). |

IT IS SO ORDERED.

Dated: **March 30, 2018**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE